No. 905. DAVIS *v.* DAVIS. April 25, 1938. Petition for writ of certiorari to the Court of Appeals for the

District of Columbia granted. *Mr. Joseph T. Sherier* for petitioner. *Mr. Crandall Mackey* for respondent.